IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William E. Reveal, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv179 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 10, 2016 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 29, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is REVERSED and the matter is REMANDED for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Judge Susan J. Dlott
           United States District Court